No. 3,609.—STATE, RESPONDENT, *v.* W. E. WEST, APPELLANT.

Decided November 2, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeals herein is by the court sustained and the appeals are accordingly dismissed.

*Mr. Donald Campbell*, for Appellant.

*Mr. J. B. Poindexter*, Attorney General, for Respondent.

———

No. 3,636.—STATE EX REL. R. E. O'KEEFE, APPELLANT, *v.* VERNON BUTLER ET AL., RESPONDENTS.

*Appeal from District Court of Blaine County; John A. Matthews, Judge presiding.*

Decided November 2, 1915.

PER CURIAM.—Respondents' motion to dismiss the appeal herein is hereby sustained and the appeal accordingly dismissed.

*Mr. W. H. Kuhr*, for Appellant.

*Mr. J. B. Poindexter*, Attorney General, for Respondents.